UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MARK JOHNSON, SR.,

                      Plaintiff,

                                                    No. 9:07-CV-0024
           v.                                      (FJS/GHL)

MR. WIGGER, et al.,

                      Defendants.
_____

APPEARANCES:                              OF COUNSEL:

MARK JOHNSON, SR.,
Plaintiff, *Pro Se*
406 Clinton Avenue
Albany, New York 12206


OFFICE OF ROBERT P. ROCHE      ROBERT P. ROCHE, ESQ.
Counsel for Defendants
36 South Pearl Street
Albany, New York  12207

**FREDERICK J. SCULLIN, JR., S.J.:**


**ORDER**


     After carefully considering the entire file in this matter, including Magistrate Judge

Lowe's July 10, 2009 Report-Recommendation to which the parties have not filed any

objections; Defendants' motion for summary judgment and Plaintiff's claims against Defendants,

the Court hereby

     **ORDERS** that Magistrate Judge Lowe's July 10, 2009 Report-Recommendation is

**ADOPTED IN ITS ENTIRETY** for the reasons stated therein; and the Court further

**ORDERS** that Defendants' motion for summary judgment is **DENIED**; and the Court further

**ORDERS** that Plaintiff's federal claims against Defendants are **DISMISSED SUA SPONTE** pursuant to 28 U.S.C. § 1915(e); and the Court further

**ORDERS** that Plaintiff's state-law claims against Defendants are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §1367; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendants and close this case.


**IT IS SO ORDERED**.

DATED:  August 5, 2009
         Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge